111 A.3d 746

**RPRS GAMING, L.P., as a Limited Partner in and Derivatively on Behalf of HSP Gaming, L.P., Appellant**

v.

**PENNSYLVANIA GAMING CONTROL BOARD and HSP Gaming, L.P., Appellees**

**Tower Entertainment, LLC, Intervenor–Appellee.**

Supreme Court of Pennsylvania.

March 25, 2015.

Richard A. Sprague, Thomas A. Sprague, Joseph R. Podraza, Sprague & Sprague, Philadelphia, for Appellant.

Robert C. Heim, Michael Scott Doluisio, Dechert LLP, Philadelphia, Raymond Adam Quaglia, Michael David Matthews Fabius, S. Clifford Sacalis, Ballard Spahr LLP, Philadelphia, Richard Douglas Sherman, Stephen S. Cook, David Cornelius Hittinger, Jr., PA Gaming Control Bd., Harrisburg, for Appellees.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of March, 2015, the order of the Commonwealth Court is **AFFIRMED.**

Justice STEVENS did not participate in the decision of this case.